1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KENNETH L. ARANT,                        No.  2:25-cv-0416 SCR P

12                      Plaintiff,

13            v.                                 ORDER

14     UNKNOWN,

15                      Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C.

18     § 1983.  On January 30, 2025, plaintiff filed a complaint alleging violations of his civil rights by

19     defendants employed at California State Prison, Los Angeles County.  (ECF No. 1 at 2.)  Plaintiff

20     has also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF

21     No. 2.)

22          The federal venue statute provides that a civil action "may be brought in (1) a judicial

23     district in which any defendant resides, if all defendants are residents of the State in which the

24     district is located, (2) a judicial district in which a substantial part of the events or omissions

25     giving rise to the claim occurred, or a substantial part of property that is the subject of the action

26     is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

27     this action, any judicial district in which any defendant is subject to the court's personal

28     jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

In this case, the defendants are located and the claim arose in Los Angeles County, which is in the Central District of California.  Therefore, plaintiff's complaint should have been filed in the United States District Court for the Central District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: February 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2